UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

ARROW TRUCK SALES,
INCORPORATED,

    Plaintiff,

vs.                                          Civil Action No. 4:14-cv-00386

TOP QUALITY TRUCK &
EQUIPMENT, INC. and
JOE GELFO,

    Defendants.

## NOTICE OF REMOVAL

COME NOW Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo, by and through their counsel, and as the Defendants in the above-captioned case file this Notice of Removal to the United States District Court for the Western District of Missouri, from the Circuit Court of Jackson County, Missouri at Kansas City, Missouri, where the case is now pending, all as provided by 28 U.S.C. §1441 *et seq.*

In support of this Notice, Defendants state as follows:

1.    Top Quality Truck & Equipment, Inc. ("Top Quality") is a corporation organized and existing under the laws of the state of Florida, with its principal place of business located in Florida.

2.    Joe Gelfo is a Defendant in this action and legal resident of the state of Florida.

3.    This action was commenced in the Circuit Court of Jackson County, Missouri at Kansas City, Missouri on March 6, 2014 and is now pending in that Court.

1

2

4. Defendant Top Quality and Joe Gelfo first received a copy of Plaintiff's Petition setting the forth the claims for relief upon which the action was based on March 31, 2014 when each of them were served, via certified mail, with the Summons and Petition.

5. The action is one of a civil nature for damages in the United States District Court for the Western District of Missouri has jurisdiction by reason of the diversity of the parties' pursuant to 28 U.S.C. §1332.

6. Plaintiff is now and was at the time the action was commenced a citizen of the state of Missouri.

7. Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo, are now and were at the time the action was commenced, citizens of the state of Florida, and both Defendants were served in the state of Florida.

8. The matter at controversy in this case, exclusive of interest and costs, is in excess of $75,000.00.

9. Copies of all pleadings and orders served upon the Defendants in this action are attached hereto as Exhibit "A".

10. Defendants will provide written notice of the filing of this Notice and will file a copy of the same with the Clerk of the Circuit Court of Jackson County, Missouri at Kansas City, Missouri, in accordance with 28 U.S.C. §1446(d).

WHEREFORE, Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo pray for removal of the above-captioned action from the Circuit Court of Jackson County, Missouri at Kansas City, Missouri to this Court, and that such cause proceed as an action properly removed to it.

PJ-846957-v1

## DESIGNATION OF PLACE OF TRIAL

COMES NOW Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo, and hereby request that the designation of trial in the above-captioned be held in Kansas City, Missouri.

PAYNE & JONES, CHARTERED

By /s/ Tyler Peters
 Tyler Peters, MO #38879
 11000 King
 PO Box 25625
 Overland Park, Kansas  66210
 Telephone:  (913) 469-4100
 Facsimile:  (913) 469-8182
 tpeters@paynejones.com

ATTORNEY FOR DEFENDANTS

## Certificate of Service

I hereby certify that on the 29th day of April, 2014, the above and foregoing was electronically filed using the Court's ECF filing system, and a copy of the same was placed in the United States Mail, postage prepaid and addressed to:

Justin J. Johl, Esq.
Michael B. Barnet, Esq.
Jessica McKinney, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

/s/  Tyler Peters