UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

ARROW TRUCK SALES,
INCORPORATED,

     Plaintiff,

vs.                                Civil Action No. 4:14-cv-00386

TOP QUALITY TRUCK &
EQUIPMENT, INC. and
JOE GELFO,

     Defendants.

## NOTICE OF REMOVAL

COME NOW Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo, by and through their counsel, and as the Defendants in the above-captioned case file this Notice of Removal to the United States District Court for the Western District of Missouri, from the Circuit Court of Jackson County, Missouri at Kansas City, Missouri, where the case is now pending, all as provided by 28 U.S.C. §1441 *et seq.*

In support of this Notice, Defendants state as follows:

1.     Top Quality Truck & Equipment, Inc. ("Top Quality") is a corporation organized and existing under the laws of the state of Florida, with its principal place of business located in Florida.

2.     Joe Gelfo is a Defendant in this action and legal resident of the state of Florida.

3.     This action was commenced in the Circuit Court of Jackson County, Missouri at Kansas City, Missouri on March 6, 2014 and is now pending in that Court.

1



4.      Defendant Top Quality and Joe Gelfo first received a copy of Plaintiff's Petition setting the forth the claims for relief upon which the action was based on March 31, 2014 when each of them were served, via certified mail, with the Summons and Petition.

5.      The action is one of a civil nature for damages in the United States District Court for the Western District of Missouri has jurisdiction by reason of the diversity of the parties' pursuant to 28 U.S.C. §1332.

6.      Plaintiff is now and was at the time the action was commenced a citizen of the state of Missouri.

7.      Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo, are now and were at the time the action was commenced, citizens of the state of Florida, and both Defendants were served in the state of Florida.

8.      The matter at controversy in this case, exclusive of interest and costs, is in excess of $75,000.00.

9.      Copies of all pleadings and orders served upon the Defendants in this action are attached hereto as Exhibit "A".

10.     Defendants will provide written notice of the filing of this Notice and will file a copy of the same with the Clerk of the Circuit Court of Jackson County, Missouri at Kansas City, Missouri, in accordance with 28 U.S.C. §1446(d).

WHEREFORE, Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo pray for removal of the above-captioned action from the Circuit Court of Jackson County, Missouri at Kansas City, Missouri to this Court, and that such cause proceed as an action properly removed to it.

2

## DESIGNATION OF PLACE OF TRIAL

COMES NOW Defendants Top Quality Truck & Equipment, Inc. and Joe Gelfo, and hereby request that the designation of trial in the above-captioned be held in Kansas City, Missouri.

PAYNE & JONES, CHARTERED

By /s/ Tyler Peters
   Tyler Peters, MO #38879
   11000 King
   PO Box 25625
   Overland Park, Kansas  66210
   Telephone:  (913) 469-4100
   Facsimile:  (913) 469-8182
   tpeters@paynejones.com

ATTORNEY FOR DEFENDANTS

### Certificate of Service

I hereby certify that on the 29th day of April, 2014, the above and foregoing was electronically filed using the Court's ECF filing system, and a copy of the same was placed in the United States Mail, postage prepaid and addressed to:

Justin J. Johl, Esq.
Michael B. Barnet, Esq.
Jessica McKinney, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

/s/  Tyler Peters

PJ-846957-v1

3

1416-CV05546

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY, MISSOURI

ARROW TRUCK SALES, INCORPORATED ) 
3200 Manchester Trafficway )
Kansas City, MO 64129 )
)
)
)
Plaintiff, )
)
vs. )
)
TOP QUALITY TRUCK & EQUIPMENT, )
INC. )
1604 S. 50th Street )
Tampa, FL 33619 )
)
AND )
)
JOE GELFO )
1604 S. 50th Street )
Tampa, FL 33619 )
)
)
Defendants. )

Case No. _____

Division No. _____

### PETITION

COMES NOW Arrow Truck Sales, Incorporated, by and through its counsel of record, and for its cause of action against Defendants, states and alleges as follows:

    1.    Arrow Truck Sales, Incorporated ("Arrow Truck") is and was a corporation organized and existing under the laws of the State of Missouri with its principal place of business at the above-stated address.

    2.    Top Quality Truck & Equipment, Inc. ("Top Quality") is and was a corporation organized and existing under the laws of the State of Florida which can be served at the above-stated address.



EXHIBIT
A

6184255 v1

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

3.     Joe Gelfo ("Gelfo") is and was an individual and resident of the State of Florida who at all times material hereto was an employee of Top Quality.

4.     Top Quality and Gelfo entered into a contract and otherwise transacted business within the State of Missouri and therefore are subject to service of process in accordance with the Missouri Long Arm Statutes.

<u>COUNT I</u>
**Breach of Contract**

5.     In early January 2014, Gelfo, in his capacity as an employee, agent and representative of Top Quality, negotiated for the sale of 12 2011 Mack CX4613 Trucks to Arrow Truck for a total purchase price of $570,000.00 ("Trucks").  A copy of the invoices issued by Top Quality to Arrow Truck relating to the sale of the Trucks are attached hereto as Exhibit "A" and are adopted in their entirety herein.

6.     Upon receipt of the invoices attached hereto as Exhibit A, Arrow Truck tendered payment to Top Quality as requested by Gelfo and Top Quality in the amount of $570,000.00.

7.     Even though Arrow Truck has complied with each and every term and condition of the contract to purchase the Trucks including payment for the Trucks, Top Quality and Gelfo have failed and refused to deliver possession of the Trucks to Arrow Truck, all to Arrow Truck's detriment and damage.

8.     Arrow Truck has made numerous demands and requests upon Gelfo and Top Quality for delivery of the Trucks but said Defendants have failed and refused to do so.

9.     As a result of Defendant's breach of their contract to sell the Trucks to Arrow Truck, Arrow Truck has been damaged in an amount in excess of $570,000.00 plus interest as well as its reasonable attorney fees and court costs.

2

6184255 v1

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

WHEREFORE Arrow Truck Sales, Incorporated prays for Judgment in Count I of this Petition against Top Quality Truck & Equipment, Inc. and Joe Gelfo, jointly and severally, in a principal amount in excess of $570,000.00 plus interest until paid in full as well as its reasonable attorney fees and court costs. Arrow Truck Sales, Incorporated further prays for any other Order or relief which the Court may deem just and equitable.

**COUNT II**
**Fraud and Misrepresentation**

COMES NOW Arrow Truck Sales, Incorporated, by and through its counsel of record, and for its cause of action against Defendants, states and alleges as follows:

10.     Arrow Truck restates each and every allegation, statement and averment set forth within Paragraphs 1-9, as if set forth in their entirety herein.

11.     In order to induce Arrow Truck to purchase the Trucks, Top Quality and Gelfo delivered to Arrow Truck copies of the titles to the Trucks which are attached hereto as Exhibit "B" and are adopted in their entirely herein ("Titles").

12.     Gelfo and Top Quality provided the Titles to Arrow Truck in order to induce Arrow Truck to purchase the Trucks.

13.     The Titles reflected that Top Quality was the owner of the Trucks.

14.     As of the date Arrow Truck made payment for the purchase of the Trucks, Gelfo and Top Quality knew or should have known that Top Quality was not the owner of the Trucks and the Trucks remained encumbered with the first lien of VFS Leasing, Co.

15.     Arrow Truck would not have tendered payment to Defendants for the Trucks but for the fact that Defendants had represented Top Quality owned the Trucks free and clear of any liens and/or encumbrances.

3

Electronically Filed - Jackson - Kansas City - March 05, 2014 - 05:04 PM

16.    As a result of Defendants' fraud and misrepresentations, Arrow Truck tendered payment for the Trucks to Defendants and have been damaged in an amount in excess of $570,000.00.

WHEREFORE Arrow Truck Sales, Incorporated prays for Judgment against Defendants, jointly and severally, in an amount in excess of $570,000.00 plus interest until paid in full as well as its reasonable attorney fees and court costs.  Arrow Truck Sales, Incorporated further prays for any other Order or relief which the Court may deem just and equitable.

SHOOK, HARDY & BACON L.L.P.


By: /s/Justin J. Johl
    Justin J. Johl, #26284
    Michael B. Barnet, #62742
    Jessica McKinney, #64288

2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547
Attorneys for Plaintiff

1416-CV05546

# EXHIBIT A

**INVOICE**

**Top Quality**
**TRUCK & EQUIPMENT, INC.**
1604 South 50th ST.
Tampa, FL 83619
813-248-7800

| | |
|---|---|
| **Date:** | January 24, 2014 |
| **Purchaser:** | Arrow Truck Sales, Inc |
| **Address:** | 3200 Manchester Trfky |
| | Kansas City, Mo. 64129 |
| **Phone:** | (347) 492-4340 |

**Invoice #:** 12414

**Contact:** Nick Lombardo

Purchaser hereby agrees to purchase from Top Quality    (9) 2011 MACK CXU613

FOB   MEMPHIS, TN    Purchaser agrees to pay the price listed below plus listed taxes, charges and fees for the vehicle as shown to the purchaser. Purchaser agrees to make payment for said vehicle and/or equipment according to the following terms and purchaser understands that delivery cannot be made until said terms are met. TERMS ( show method of payment, by whom and when for deposit, down payment and/or trade in and balance)

Federal ID #:    Sales Tax #:    Dealer License #:

| YEAR | MAKE | MODEL | MILES | VIN | PRICE |
|---|---|---|---|---|---|
| 2011 | MACK | CXU613 | 460,329 | 1 M 1 A W 0 7 Y 5 B M 0 1 2 4 0 0 | $48,000.00 |
| 2011 | MACK | CXU613 | 463,657 | 1 M 1 A W 0 7 Y 2 B M 0 1 2 3 9 9 | $48,000.00 |
| 2011 | MACK | CXU613 | 478,356 | 1 M 1 A W 0 7 Y 9 B M 0 1 2 3 9 7 | $48,000.00 |
| 2011 | MACK | CXU613 | 483,875 | 1 M 1 A W 0 7 Y 0 B M 0 1 1 9 6 3 | $48,000.00 |
| 2011 | MACK | CXU613 | 493,568 | 1 M 1 A W 0 7 Y 0 B M 0 1 2 3 9 8 | $48,000.00 |
| 2011 | MACK | CXU613 | 501,138 | 1 M 1 A W 0 7 Y 9 B M 0 1 1 9 6 2 | $48,000.00 |
| 2011 | MACK | CXU613 | 503,785 | 1 M 1 A W 0 7 Y 1 B M 0 1 1 9 5 5 | $47,000.00 |
| 2011 | MACK | CXU613 | 506,962 | 1 M 1 A W 0 7 Y 7 B M 0 1 1 9 6 1 | $47,000.00 |
| 2011 | MACK | CXU613 | 550,139 | 1 M 1 A W 0 7 Y 9 B M 0 1 1 9 5 9 | $47,000.00 |

**Terms & Conditions**
WILL MEET INDUSTRY STANDARD TRADE TERMS
AS-IS WHERE-IS NO WARRANTY EXPRESSED OR IMPLIED
VALID UPON CUSTOMER INSPECTION

**Wiring Instructions for Top Quality Truck & Equipment, Inc**

| | |
|---|---|
| Account Name: | Top Quality Truck & Equipment, Inc. |
| Bank Name: | BB & T |
| Branch Name: | Brandon Florida Financial Center |
| Branch Phone #: | (813) 654-8455 |
| Routing Number: | 263191387 |
| Account Number: | 0000146805833 |

| | |
|---|---|
| TOTAL EQUIPMENT PRICE | $429,000.00 |
| ADMINISTRATIVE FEES | |
| TOTAL TAXABLE AMOUNT | $429,000.00 |
| STATE SALES TAX      0 % | $0.00 |
| COUNTY SURCHARGE | |
| ESTIMATED TAG & TITLE FEES | |
| PLUS TRADE PAYOFF AMOUNT | |
| TOTAL PRICE | $429,000.00 |
| LESS DEPOSIT | |
| CASH DUE ON DELIVERY | |
| UNPAID BALANCE | $429,000.00 |

Accepted by Top Quality;

*Purchaser acknowledges receipt of a copy of the INVOICE and agrees that upon acceptance this invoice becomes a contract. Purchaser acknowledges that he has read this invoice and upon its acceptance, Purchaser agrees to abide by the terms and conditions.*

_____
Authorized signature

_____
Title

_____
Date

_____
Purchaser

_____
Title

_____
Date

PLEASE RETURN SIGNED COPY VIA FAX TO 866-871-7805 OR EMAIL TO JOEGELFO@GMAIL.COM

**Top Quality**
**TRUCK & EQUIPMENT, INC.**
**1604 South 50th ST.**
**Tampa, FL 33619**
**813-248-7800**

## INVOICE

| | | | |
|---|---|---|---|
| **Date:** | February 11, 2014 | **Invoice #:** | 10/21/1957 |
| **Purchaser:** | Arrow Truck Sales, Inc | | |
| **Address:** | 3200 Manchester Trfky | | |
| | Kansas City, Mo, 64129 | | |
| **Phone:** | (347) 492-4340 | **Contact:** | Nick Lombardo |

Purchaser hereby agrees to purchase from Top Quality       (3) 2011 MACK CXU613
FOB     MEMPHIS, TN         Purchaser agrees to pay the price listed below plus listed taxes, charges and fees for the vehicle as shown to the purchaser. Purchaser agrees to make payment for said vehicle and/or equipment according to the following terms and purchaser understands that delivery cannot be made until said terms are met. TERMS ( show method of payment, by whom and when for deposit, down payment and/or trade in and balance)

Federal ID #:                     Sales Tax #:                          Dealer License #:

| YEAR | MAKE | MODEL | MILES | VIN | | | | | | | | | | | | | | PRICE |
|------|------|-------|-------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|-------|
| 2011 | MACK | CXU613 | 517,108 | 1 | M | 1 | A | W | 0 | 7 | Y | 3 | B | M | 0 | 1 | 1 9 5 6 | $47,000.00 |
| 2011 | MACK | CXU613 | 567,248 | 1 | M | 1 | A | W | 0 | 7 | Y | 5 | B | M | 0 | 1 | 1 9 6 0 | $47,000.00 |
| 2011 | MACK | CXU613 | 585,146 | 1 | M | 1 | A | W | 0 | 7 | Y | 7 | B | M | 0 | 1 | 1 9 5 8 | $47,000.00 |

### Terms & Conditions
WILL MEET INDUSTRY STANDARD TRADE TERMS
AS-IS WHERE-IS NO WARRANTY EXPRESSED OR IMPLIED
VALID UPON CUSTOMER INSPECTION

### Wiring Instructions for Top Quality Truck & Equipment, Inc
| | |
|---|---|
| Account Name: | Top Quality Truck & Equipment, Inc. |
| Bank Name: | BB & T |
| Branch Name: | Brandon Florida Financial Center |
| Branch Phone #: | (813) 654-8455 |
| Routing Number: | 263191387 |
| Account Number: | 0000146805833 |

Accepted by Top Quality;

| | |
|---|---|
| TOTAL EQUIPMENT PRICE | $141,000.00 |
| ADMINISTRATIVE FEES | |
| TOTAL TAXABLE AMOUNT | $141,000.00 |
| STATE SALES TAX    0  % | $0.00 |
| COUNTY SURCHARGE | |
| ESTIMATED TAG & TITLE FEES | |
| PLUS TRADE PAYOFF AMOUNT | |
| TOTAL PRICE | $141,000.00 |
| LESS DEPOSIT | |
| CASH DUE ON DELIVERY | |
| UNPAID BALANCE | $141,000.00 |

Purchaser acknowledges receipt of a copy of the INVOICE and agrees that upon acceptance this Invoice becomes a contract. Purchaser acknowledges that he has read this invoice and upon its acceptance, Purchaser agrees to abide by the terms and conditions.

_____
Authorized signature

_____          _____
Title                            Date

_____
Purchaser

_____          _____
Title                            Date

**PLEASE RETURN SIGNED COPY VIA FAX TO 866-871-7805 OR EMAIL TO JOEGELFO@GMAIL.COM**

1416-CV05546

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

# EXHIBIT B

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:42 PM

1M1AW07Y1BM011955          2011     MACK     CXU      DS       80993401

DATE OF FIRST SECU REV INTEREST 06-01-2010
FIRST LIENHOLDER CODE  41822

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

SIGNATURE                        RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y1BM011955 | 2011 | MACK | CXU | DS | 80993401 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED        07-01-2010        REMARKS
DATE VEHICLE ACQUIRED    06-01-2010        ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27401

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED
55-3401, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIEN PLEDGED TO

SIGNATURE                     RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE  41822

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

09675072

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

1M1AW07Y3BM011956          2011    MACK    CXU     DS      80993406

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y3BM011956 | 2011 | MACK | CXU | DS | 80993406 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 38 | 841 |

DATE TITLE ISSUED          07-01-2010          REMARKS
DATE VEHICLE ACQUIRED      06-01-2010              ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

RELEASE DATE
DATE FIRST SECURITY LIEN INTEREST   06-01-2010

FIRST LIEN HOLDER COPY
VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

Electronically Filed - Jackson - Kansas City - March 06 2014 - 06:04 PM

1M1AW07Y7BM011958         2011    MACK    CXU     DS      80993411

DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

SIGNATURE                    RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y7BM011958 | 2011 | MACK | CXU | DS | 80993411 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED       07-01-2010    REMARKS
DATE VEHICLE ACQUIRED   06-01-2010       ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNERS NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

SIGNATURE                    RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE
VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

09675087

Electronically Filed Jackson Kansas City March 06, 2014 08:02 PM

1M1AW07Y9BM011959          2011    MACK    CXU    DS    80992956

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822

VFS US LLC
PO BOX 26131
GREENSBORO     NC 27402
FIRST LIEN RELEASED BY

SIGNATURE                     RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM011959 | 2011 | MACK | CXU | DS | 80992956 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

| DATE TITLE ISSUED | 06-08-2010 | REMARKS |
|---|---|---|
| DATE VEHICLE ACQUIRED | 06-01-2010 | ACTUAL MILEAGE |

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SALES ON TOP PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED AND TENNESSEE CODE ANNOTATED
THAT THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNERS NAMED HEREIN
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIENHOLDER 41822

SIGNATURE                 RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822
VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

1M1AW07Y5BM011960          2011    MACK    CXU    DS    80993412

DATE OF FIRST SECURITY INTEREST 06-01-2010

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y5BM011960 | 2011 | MACK | CXU | DS | 80993412 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED        07-01-2010      REMARKS
DATE VEHICLE ACQUIRED    06-01-2010          ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED, I CERTIFY THAT A CODE ASSOCIATED
SSA HOLD TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIEN RELEASED BY

SIGNATURE                    RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER & CODE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

1M1AW07Y7BM011961          2011   MACK   CXU   DS   80993414

DATE OF FIRST REGISTRATION 06-01-2010
FIRST REGISTERED TO:

VFS US LLC
PO BOX 26131
GREENSBORO      NC 27402
FIRST LIEN RELEASED BY

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y7BM011961 | 2011 | MACK | CXU | DS | 80993414 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010      REMARKS
DATE VEHICLE ACQUIRED  06-01-2010          ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER CONSENT CODE ANNOTATED
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNERS NAME HEREIN
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIEN RELEASED BY

SIGNATURE              RELEASE DATE
DATE OF FIRST SECURED INTEREST  06-01-2010
FIRST LIENHOLDER COPY

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:24 PM

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

1M1AW07Y9BM011962          2011    MACK    CXU      DS        80992960

06-01-2010

VFS US LLC
PO BOX 26131
GREENSBORO     NC 27402

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM011962 | 2011 | MACK | CXU | DS | 80992960 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

| DATE TITLE ISSUED | 06-08-2010 | REMARKS |
|---|---|---|
| DATE VEHICLE ACQUIRED | 06-01-2010 | ACTUAL MILEAGE |

VFS LEASING CO
PO BOX 26131
GREENSBORO     NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED
AS THE TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN,
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIEN OR ENCUMBRANCE

SIGNATURE                    RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE 41822

VFS US LLC
PO BOX 26131
GREENSBORO     NC 27402

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

1M1AW07Y0BM011963          2011    MACK    CXU     DS      80993415

DATE OF FIRST LIEN RELEASED  05-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

SIGNATURE                   RELEASED DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y0BM011963 | 2011 | MACK | CXU | DS | 80993415 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED        07-01-2010      REMARKS
DATE VEHICLE ACQUIRED    06-01-2010          ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED TO THE DIVISION AND SEC. 55-3-126 ANNOTATED
55-3 TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNERS NAME HEREIN
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIEN RELEASED BY

SIGNATURE                   RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE
VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

09675088

THE ORIGINAL DOCUMENT HAS A BLUE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK
STATE OF TENNESSEE

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 06:04 PM

1M1AW07Y9BM012397          2011    MACK    CXU    DS    80993418

DATE OF FIRST LIEN INTEREST  06-01-2010

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM012397 | 2011 | MACK | CXU | DS | 80993418 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010      REMARKS
DATE VEHICLE ACQUIRED  06-01-2010      ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED TO AND NO TENNESSEE CODE ANNOTATED
55-3-118 TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNERS NAME HEREIN
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIENHOLDER AND DATE

DATE OF FIRST SECURITY INTEREST  06-01-2010

FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

1M1AW07Y0BM012398          2011     MACK     CXU        DS        80993419

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 27131
GREENSBORO        NC 27402
FIRST LIEN RELEASED BY

VFS US LLC
PO BOX 27131
GREENSBORO    NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y0BM012398 | 2011 | MACK | CXU | DS | 80993419 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED        07-01-2010        REMARKS
DATE VEHICLE ACQUIRED    06-01-2010        ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER O.S.S. ISSUED. COM. ASSOCIATED
55-3-101. TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNERS NAME HEREIN
THIS CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

DATE OF FIRST SECURITY INTEREST 06-01-2010

FIRST LIENHOLDER CODE
VFS US LLC
PO BOX 27131
GREENSBORO    NC 27402

0967509A

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 05:04 PM

1M1AW07Y2BM012399          2011    MACK    CXU       DS      80993420

DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO      NC 27402
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y2BM012399 | 2011 | MACK | CXU | DS | 80993420 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010       REMARKS
DATE VEHICLE ACQUIRED  06-01-2010          ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
AS SET FORTH FOR THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIENHOLDER CODE

SIGNATURE                         RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO      NC 27402

Electronically Filed · Jackson · Kansas City · March 06, 2014 · 06:04 PM

| | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y5BM012400 | 2011 | MACK | CXU | DS | 80992958 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822

VFS US LLC
PO BOX 16131
GREENSBORO     NC 27402
FIRST LIEN RELEASED BY

VFS US LLC
PO BOX 16131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y5BM012400 | 2011 | MACK | CXU | DS | 80992958 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      06-08-2010      REMARKS
DATE VEHICLE ACQUIRED  06-01-2010          ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SELLER MUST FURNISH PROOF OF SALES OR USE TAX PAID
SUBMITTED UNDER TENNESSEE CODE ANNOTATED
SECTION 1-G11 TO THE MOTOR VEHICLE SUB SEC B
ABOVE LISTED LIEN(S) OR OWNERS NAME HERE-
IN PRODUCED CERTIFICATE OF TITLE ISSUED
FOR SAID SIGNED VEHICLE

FIRST LIEN RELEASED BY

SIGNATURE     RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE  41822
VFS US LLC
PO BOX 16131
GREENSBORO      NC 27402

Electronically Filed - Jackson - Kansas City - March 06, 2014 - 03:04 PM

Tip Cleaning Truck & Equipment Inc   1604 S. 50th St   TampA st Fz   33519

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**ARROW TRUCK SALES, INCORPORATED**

                 **PLAINTIFF(S),**           **CASE NO.  1416-CV05546**

**VS.**                                       **DIVISION 7**

**TOP QUALITY TRUCK & EQUIPMENT, INC.  ET AL**

                  **DEFENDANT(S),**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **S MARGENE BURNETT** on **21-JUL-2014** in **DIVISION 7** at **08:30 AM**.  All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2.  The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS.  Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.     A trial setting;

      b.     Expert Witness Disclosure Cutoff Date;

      c.     A schedule for the orderly preparation of the case for trial;

      d.     Any issues which require input or action by the Court;

      e.     The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ S MARGENE BURNETT
S MARGENE BURNETT, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
JUSTIN JAY JOHL, SHOOK HARDY & BACON LLP, 2555 GRAND BLVD, KANSAS CITY, MO 64108-2613

Defendant(s):
TOP QUALITY TRUCK & EQUIPMENT, INC.
JOE GELFO

Dated: 10-MAR-2014

**Jeffrey A. Eisenbeis**
Court Administrator

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
☒ AT KANSAS CITY      ☐ AT INDEPENDENCE

RE:   ARROW TRUCK SALES V TOP QUALITY TRUCK  ET AL
CASE NO:   1416-CV05546


TO:   JUSTIN JAY JOHL
      SHOOK HARDY & BACON LLP
      2555 GRAND BLVD
      KANSAS CITY, MO  64108-2613

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on <u>March 6, 2014.</u>
However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☒ **Additional service instructions are needed.**
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 -- COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee; received: fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12  SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER:   Please eFile service instructions for the defendants in this case.**
☒ **Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.**
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

<u>**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost.**</u>

**Please refer to the Court's website at www.16thcircuit.org for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed MARCH 10, 2014 to:

COURT ADMINISTRATOR'S OFFICE
DEPARTMENT OF CIVIL RECORDS
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

MARCH 10, 2014            By _____
      Date

            Peggy Holley, 816-881-6491
            Deputy Court Administrator
            ☒ 415 East 12th St., Kansas City, Missouri 64106
            ☐ 308 W. Kansas, Independence, Missouri 64050

Electronically Filed - Jackson - Kansas City - March 10, 2014 - 05:07 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY, MISSOURI

ARROW TRUCK SALES, INCORPORATED )
                                       )
                                       )
                 Plaintiff, )
                                       )       Case No. 1416-CV05546
vs.                                   )
                                       )       Division No. 7
TOP QUALITY TRUCK & EQUIPMENT, )
INC. and JOE GELFO )
                                       )
                 Defendants. )

## AFFIDAVIT FOR SERVICE BY CERTIFIED MAIL
### (Pursuant to Supreme Court Rule 54.12b)

COMES NOW Plaintiff, Arrow Truck Sales, Incorporated ("Plaintiff"), by and through its counsel of record, and for its Petition, states as follows:

1.       That the parties to be served by certified mail are: Top Quality Truck & Equipment, Inc., 1604 S. 50th Street, Tampa, FL 33619 and Joe Gelfo, 1604 S. 50th Street, Tampa, FL 33619.

2.       That the undersigned attorney understands that the responsibility for obtaining service via certified mail and effecting its return shall be on the attorney and that the Domestic Return Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.

SHOOK, HARDY & BACON L.L.P.

By: /s/Justin J. Johl
     Justin J. Johl, #26284
     Michael B. Barnet, #62742

6204294 v1

Electronically Filed - Jackson - Kansas City - March 10, 2014 - 05:07 PM

Jessica McKinney, #64288

2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547
Attorneys for Plaintiff

6204294 v1

2

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
☒ AT KANSAS CITY      ☐ AT INDEPENDENCE

RE:    ARROW TRUCK SALES V TOP QUALITY TRUCK  ET AL
CASE NO:    1416-CV05546

TO:    JUSTIN JAY JOHL
       SHOOK HARDY & BACON LLP
       2555 GRAND BLVD
       KANSAS CITY, MO  64108-2613

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on <u>March 10, 2014</u>. However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☐ Additional service instructions are needed.
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☒ No certified mail fee received, fee required is <u>$20.00</u>.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12  SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER:   Because the clerks of the courts are required to process all summonses by certified mail, you will need to eFile the certified mail fee of $20.00 ($10.00 per defendant being served).**
☒ **Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.**
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

<u>If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost.</u>

**Please refer to the Court's website at <u>www.16thcircuit.org</u> for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed MARCH 11, 2014 to:

COURT ADMINISTRATOR'S OFFICE
DEPARTMENT OF CIVIL RECORDS
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

MARCH 11, 2014                By      _Peggy Holley_
_____
Date

Peggy Holley, 816-881-6491
Deputy Court Administrator
☒ 415 East 12th St., Kansas City, Missouri 64106
☐ 308 W. Kansas, Independence, Missouri 64050

Electronically Filed - Jackson - Kansas City - March 11, 2014 - 02:11 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY, MISSOURI

ARROW TRUCK SALES, INCORPORATED )
                                 )
                                 )
                    Plaintiff,   )
                                 )
vs.                              )        Case No. 1416-CV05546
                                 )
TOP QUALITY TRUCK & EQUIPMENT,   )        Division No. 7
INC. and JOE GELFO               )
                                 )
                    Defendants.  )

### AFFIDAVIT FOR SERVICE BY CERTIFIED MAIL
#### (Pursuant to Supreme Court Rule 54.12b)

COMES NOW Plaintiff, Arrow Truck Sales, Incorporated ("Plaintiff"), by and through its counsel of record, and for its Petition, states as follows:

1.      That the parties to be served by certified mail are: Top Quality Truck & Equipment, Inc., 1604 S. 50th Street, Tampa, FL  33619 and Joe Gelfo, 1604 S. 50th Street, Tampa, FL  33619.

2.      That the undersigned attorney understands that the responsibility for obtaining service via certified mail and effecting its return shall be on the attorney and that the Domestic Return Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.

SHOOK, HARDY & BACON L.L.P.

By: /s/Justin J. Johl
    Justin J. Johl, #26284
    Michael B. Barnet, #62742

6204294 v1

Electronically Filed - Jackson - Kansas City - March 11, 2014 - 02:11 PM

Jessica McKinney, #64288

2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547
Attorneys for Plaintiff

2

b2698294 v1

 **IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| Judge or Division:<br>S MARGENE BURNETT | Case Number: 1416-CV05546 |
|---|---|
| Plaintiff/Petitioner:<br>ARROW TRUCK SALES, INCORPORATED<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JUSTIN JAY JOHL<br>SHOOK HARDY & BACON LLP<br>2555 GRAND BLVD<br>KANSAS CITY, MO 64108-2613 |
| Defendant/Respondent:<br>TOP QUALITY TRUCK & EQUIPMENT, INC. | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

### Summons for Service by Registered or Certified Mail

**The State of Missouri to:  TOP QUALITY TRUCK & EQUIPMENT, INC.**
 **Alias:**

**1604 S. 50TH STREET**
**TAMPA, FL  33619**

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

12-MAR-2014
Date Issued                                                    Clerk

Further Information:

### Certificate of Mailing

I certify that on March 12, 2014, I mailed a copy of this summons and a copy of the petition to Defendant/Respondent TOP QUALITY TRUCK & EQUIPMENT, INC. by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

12-Mar-2014
Date                                                               Clerk

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

Revised 7/3/13          Service Information - Attorney



**IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| Judge or Division: | Case Number: 1416-CV05546 |
|---|---|
| S MARGENE BURNETT | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address: |
| ARROW TRUCK SALES, INCORPORATED | JUSTIN JAY JOHL |
| | SHOOK HARDY & BACON LLP |
| | 2555 GRAND BLVD |
| vs. | KANSAS CITY, MO 64108-2613 |
| Defendant/Respondent: | Court Address: |
| TOP QUALITY TRUCK & EQUIPMENT, INC. | 415 E 12th |
| | KANSAS CITY, MO 64106 |
| Nature of Suit: | |
| CC Breach of Contract | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

The State of Missouri to:  JOE GELFO
Alias:

1604 S. 50TH STREET
TAMPA, FL 33619



*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

12-MAR-2014
Date Issued

_____
Clerk

Further Information:

## Certificate of Mailing

I certify that on March 12, 2014, I mailed a copy of this summons and a copy of the petition to Defendant/Respondent JOE GELFO by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

12-Mar-2014

_____
Date

_____
Clerk

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County



## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| Judge or Division: S MARGENE BURNETT | Case Number: 1416-CV05546 |
|---|---|
| Petitioner(s):  ARROW TRUCK SALES, INCORPORATED | |
| vs. | |
| Respondent(s):  TOP QUALITY TRUCK & EQUIPMENT, INC. | (Date File Stamp) |

### Certificate of Mailing/Delivery/Delivery of Notice of Appeal/Registered/Certified Return Receipt

☒ The undersigned certified that copy of SUMMONS, PETITION, CASE MANAGEMENT NOTICE, AFFIDAVIT FOR SERVICE BY CERTIFIED MAIL AND DIGNITY NOTICE
was mailed on this day by U.S. ☐ regular   ☒ certified   ☐ registered mail, postage prepaid, to the following person(s) at the stated address(es):
TOP QUALITY TRUCK & EQUIPMENT, INC.
1604 S. 50TH STREET
TAMPA, FL 33619

☐ The undersigned certifies that a:
  ☐ Copy of Rule 24.035 Motion was delivered to Court Reporter-Division
  ☐ Copy of Rule 24.035 or Rule 29.15 Motion to vacate, Set Aside, or Correct Judgment or Sentence
  ☐ Copy of Application for hardship driving Privileges, SR22 Form and Five year Driving Record
  ☐ Copy of Application for Hearing under Section 577.041 RSMo on Refusal to Submit to Chemical Test
  ☐ Copy for Petition for Review
  ☐
    Filed in the above cause was delivered on this day to the Prosecuting Attorney's Office.

☐ I certify that I personally delivered a copy of the Notice of Appeal filed in the above entitled cause to:
  ☐ Missouri Court of Appeals
    Western District
    Kansas City, Missouri  64106
  ☐ Prosecuting Attorney's Office
    415 East 12th Street, 7M
    Kansas City, Missouri  64106

☐ The undersigned certifies that
was hand delivered to the Missouri Court of Appeals, Western district, on this date.

☒ Attach return receipt with Registered/certified number.

**Certified Article Number**
7160 3901 9848 0121 4402
**SENDERS RECORD**

*COURT SEAL OF*

*JACKSON COUNTY*

March 12, 2014
**Date**

_Reggy Holley_
**Clerk**

I hereby acknowledge receiving the aforesaid copy of the Notice of Appeal filed in said cause.

_____
Date

By _____
☐ Prosecutor's Office
☐ Missouri Court of Appeals

*For Court Use Only:* Document ID# 14-CMDN-519

16th CIRCT 1 (10-98)

1 of 1





## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| Judge or Division: S MARGENE BURNETT | Case Number: 1416-CV05546 |
|---|---|
| Petitioner(s):  ARROW TRUCK SALES, INCORPORATED | |
| vs. | |
| Respondent(s):  TOP QUALITY TRUCK & EQUIPMENT, INC. | (Date File Stamp) |

### Certificate of Mailing/Delivery/Delivery of Notice of Appeal/Registered/Certified Return Receipt

☒ The undersigned certified that copy of SUMMONS, PETITION, CASE MANAGEMENT NOTICE, AFFIDAVIT FOR SERVICE BY CERTIFIED MAIL AND DIGNITY NOTICE
was mailed on this day by U.S.  ☐ regular   ☒ certified   ☐ registered mail, postage prepaid,
to the following person(s) at the stated address(es):
    JOE GELFO
    1604 S. 50TH STREET
    TAMPA, FL 33619

☐ The undersigned certifies that a:
    ☐ Copy of Rule 24.035 Motion was delivered to Court Reporter-Division
    ☐ Copy of Rule 24.035 or Rule 29.15 Motion to vacate, Set Aside, or Correct Judgment or Sentence
    ☐ Copy of Application for hardship driving Privileges, SR22 Form and Five year Driving Record.
    ☐ Copy of Application for Hearing under Section 577.041 RSMo on Refusal to Submit to Chemical Test
    ☐ Copy for Petition for Review

    Filed in the above cause was delivered on this day to the Prosecuting Attorney's Office.

☐ I certify that I personally delivered a copy of the Notice of Appeal filed in the above entitled cause to:
    ☐ Missouri Court of Appeals          ☐ Prosecuting Attorney's Office
    Western District                     415 East 12ᵗʰ Street, 7M
    Kansas City, Missouri  64106         Kansas City, Missouri  64106

☐ The undersigned certifies that
was hand delivered to the Missouri Court of Appeals, Western district, on this date.

☒ Attach return receipt with Registered/certified number.

**Certified Article Number**

7160 3901 9848 0121 4392

**SENDERS RECORD**

*COURT SEAL OF*
*JACKSON COUNTY*

March 12, 2014
_____
Date

Peggy Holley
_____
Clerk

I hereby acknowledge receiving the aforesaid copy of the Notice of Appeal filed in said cause.

_____          By _____
Date                                    ☐ Prosecutor's Office
                                        ☐ Missouri Court of Appeals

*For Court Use Only:* Document ID# 14-CMDN-520

16ᵗʰ CIRCT 1 (10-98)                    1 of 1





2. Article Number

7160 3901 9848 0121 4402

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)                     Yes

1. Article Addressed to
TOP QUALITY TRUCK &
EQUIPMENT INC
1604 S 50TH STREET
TAMPA, FL  33619
1416-CV05546 CIRCUIT SUMMONS
DOC #14-CMDN-519

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
   If YES, enter delivery address below:   ☐ Yes  ☐ No

PS Form 3811, July 2001          Domestic Return Receipt



2. Article Number

7160 3901 9848 0121 4394

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)            Yes

1. Article Addressed to:
JOE GELFO
1604 S 50TH STREET
TAMPA, FL 33619
1416-cv05546 CIRCUIT SUMMONS -
DOC #14-CMDN-520

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

PS Form 3811, July 2001          Domestic Return Receipt