| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y1BM011955 | 2011 | MACK | CXU | DS | 80993401 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

_____
SIGNATURE            RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

216054

**STATE OF TENNESSEE
DEPARTMENT OF REVENUE**

## STATE OF TENNESSEE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y1BM011955 | 2011 | MACK | CXU | DS | 80993401 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010      REMARKS
DATE VEHICLE ACQUIRED  06-01-2010          ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27401

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY
VFS US LLC
_Jennie Reynolds_      11-11-13
SIGNATURE            RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

09675072

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE IT

STATE OF TENNESSEE

TQ-00035

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y3BM011956 | 2011 | MACK | CXU | DS | 80993406 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____
SIGNATURE                          RELEASE DATE


VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402


STATE OF TENNESSEE
DEPARTMENT OF REVENUE

2T60SS

STATE OF TENNESSEE

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y3BM011956 | 2011 | MACK | CXU | DS | 80993406 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
|  | X |  | MSO | PA |  | 35 | 841 |

DATE TITLE ISSUED       07-01-2010        REMARKS
DATE VEHICLE ACQUIRED   06-01-2010           ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY
VFS US LLC

_Jammie Reynolds_   11-11-13
SIGNATURE            RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09675077

STATE OF TENNESSEE

TQ -00036

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y7BM011958 | 2011 | MACK | CXU | DS | 80993411 |

DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

_____
SIGNATURE                RELEASE DATE


VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402


216060

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

STATE OF TENNESSEE

**CERTIFICATE OF TITLE**

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y7BM011958 | 2011 | MACK | CXU | DS | 80993411 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA |  | 35 | 841 |

DATE TITLE ISSUED       07-01-2010       REMARKS
DATE VEHICLE ACQUIRED   06-01-2010           ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY
*[signature]*    11-11-13
SIGNATURE              RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09675082

STATE OF TENNESSEE

TQ-00037

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM011959 | 2011 | MACK | CXU | DS | 80992956 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____
SIGNATURE                RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

---

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

## STATE OF TENNESSEE
VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM011959 | 2011 | MACK | CXU | DS | 80992956 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED       06-08-2010        REMARKS
DATE VEHICLE ACQUIRED   06-01-2010        ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE

FIRST LIEN RELEASED BY
VFS US LLC
_Jennie Reynolds_   11-11-13
SIGNATURE          RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE  41822
VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09674627

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE

STATE OF TENNESSEE

TQ-00038

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y5BM011960 | 2011 | MACK | CXU | DS | 80993412 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____     _____
SIGNATURE                                   RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

STATE OF TENNESSEE
DEPARTMENT OF REVENUE

216056

## STATE OF TENNESSEE
### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y5BM011960 | 2011 | MACK | CXU | DS | 80993412 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED        07-01-2010        REMARKS
DATE VEHICLE ACQUIRED    06-01-2010        ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY
VFS US LLC
_Jennine Reynolds_  11-11-13
SIGNATURE            RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09675083

STATE OF TENNESSEE

TQ -00039

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | | TITLE NUMBER |
|---|---|---|---|---|---|---|
| 1M1AW07Y7BM011961 | 2011 | MACK | CXU | DS | | 80993414 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402
FIRST LIEN RELEASED BY

_____    _____
SIGNATURE                          RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

2116057

## STATE OF TENNESSEE
### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y7BM011961 | 2011 | MACK | CXU | DS | 80993414 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010       REMARKS
DATE VEHICLE ACQUIRED  06-01-2010           ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO    NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

*Jannie Reynolds*    11-11-13
SIGNATURE            RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE
VFS US LLC
PO BOX 26131
GREENSBORO    NC 27402

09675085

TQ-00040

STATE OF TENNESSEE

| VIN | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM011962 | 2011 | MACK | CXU | DS | 80992960 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____  _____
SIGNATURE               RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

---

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

### STATE OF TENNESSEE
### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM011962 | 2011 | MACK | CXU | DS | 80992960 |

NEW USED DEMO   PREVIOUS TITLE NO   PREV STATE   SALES OR USE TAX   CO   ODOMETER
X               MSO                 PA                              35   841

DATE TITLE ISSUED       06-08-2010      REMARKS
DATE VEHICLE ACQUIRED   06-01-2010      ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER TENNESSEE CODE ANNOTATED, 55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED ABOVE IS VESTED IN THE OWNER'S NAME HEREIN. THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY
VFS US LLC
_[signature]_  11-11-13
SIGNATURE      RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE 41822
VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09674631

STATE OF TENNESSEE

TQ-00041

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y0BM011963 | 2011 | MACK | CXU | DS | 80993415 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____
SIGNATURE                RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

2116058

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

## STATE OF TENNESSEE
### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y0BM011963 | 2011 | MACK | CXU | DS | 80993415 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED       07-01-2010       REMARKS
DATE VEHICLE ACQUIRED   06-01-2010       ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

_[signature]_  11-11-13
SIGNATURE      RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09675086

STATE OF TENNESSEE

TQ-00042

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM012397 | 2011 | MACK | CXU | DS | 80993418 |

DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____   _____
SIGNATURE                RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

---

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

216060

### STATE OF TENNESSEE
VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y9BM012397 | 2011 | MACK | CXU | DS | 80993418 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010     REMARKS
DATE VEHICLE ACQUIRED  06-01-2010        ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN,
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY
VFS US LLC
_Jennie Reynolds_  11-11-13
SIGNATURE            RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE
VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09675089

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE IT.
STATE OF TENNESSEE

TQ-00043

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y0BM012398 | 2011 | MACK | CXU | DS | 80993419 |

DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 27131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____   _____
SIGNATURE                         RELEASE DATE

VFS US LLC
PO BOX 27131
GREENSBORO   NC 27402

2l6062

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

## STATE OF TENNESSEE
### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y0BM012398 | 2011 | MACK | CXU | DS | 80993419 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010      REMARKS
DATE VEHICLE ACQUIRED  06-01-2010      ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

_Jennie Rupdch_  11-11-13
SIGNATURE          RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 27131
GREENSBORO   NC 27402

09675090

TQ-00044

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y2BM012399 | 2011 | MACK | CXU | DS | 80993420 |

DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____   _____
SIGNATURE                RELEASE DATE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

501-032S212-017
**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

2160063   Roger Herren Trucking, LLC

## STATE OF TENNESSEE
VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y2BM012399 | 2011 | MACK | CXU | DS | 80993420 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED      07-01-2010      REMARKS
DATE VEHICLE ACQUIRED  06-01-2010           ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

_[signature]_   11-11-13
SIGNATURE        RELEASE DATE
DATE OF FIRST SECURITY INTEREST 06-01-2010
FIRST LIENHOLDER CODE

VFS US LLC
PO BOX 26131
GREENSBORO   NC 27402

09675091

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE IT.
STATE OF TENNESSEE

TQ-00045

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y5BM012400 | 2011 | MACK | CXU | DS | 80992958 |

DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE  41822

VFS US LLC
PO BOX 16131
GREENSBORO   NC 27402
FIRST LIEN RELEASED BY

_____
SIGNATURE            RELEASE DATE

VFS US LLC
PO BOX 16131
GREENSBORO   NC 27402

---

**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

## STATE OF TENNESSEE
### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 1M1AW07Y5BM012400 | 2011 | MACK | CXU | DS | 80992958 |

| NEW USED DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|
| X | MSO | PA | | 35 | 841 |

DATE TITLE ISSUED       06-08-2010      REMARKS
DATE VEHICLE ACQUIRED   06-01-2010          ACTUAL MILEAGE

VFS LEASING CO
PO BOX 26131
GREENSBORO   NC 27402

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY
VFS US LLC
_Jennie Reynolds_   11-11-13
SIGNATURE            RELEASE DATE
DATE OF FIRST SECURITY INTEREST  06-01-2010
FIRST LIENHOLDER CODE  41822

VFS US LLC
PO BOX 16131
GREENSBORO   NC 27402

09674629

TQ-00046

TQ-00047

Tri-State Truck Center, Inc. 494 E Elh Crump Blvd. Memphis, TN 38126
EXEMPT
Tammie Reynolds    VFS LEASING CO.
Joe  CFO

Top Quality Truck & Equipment Inc 1604 S. 50th ST Tampa FL 33609